# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBILE TRANSFORMATION LLC, | : |
| Plaintiff, | : |
| v. | : Civil Case No. 1:12-cv-01365-GMS |
| POCKET GEMS, INC. | : **JURY TRIAL DEMANDED** |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Plaintiff Mobile Transformation LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the Complaint. Accordingly, Mobile Transformation LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

Dated: January 24, 2013                    STAMOULIS & WEINBLATT LLC

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Stamatios Stamoulis*
　　　　　　　　　　　　　　　　　　　　　　　　Stamatios Stamoulis #4606
　　　　　　　　　　　　　　　　　　　　　　　　　　stamoulis@swdelaw.com
　　　　　　　　　　　　　　　　　　　　　　　　Richard C. Weinblatt #5080
　　　　　　　　　　　　　　　　　　　　　　　　　　weinblatt@swdelaw.com
　　　　　　　　　　　　　　　　　　　　　　　　Two Fox Point Centre
　　　　　　　　　　　　　　　　　　　　　　　　6 Denny Road, Suite 307
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 999-1540

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　　*Mobile Transformation LLC*